IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TORREY BURNETT, WENQUICE BURNETT, BRIAN FERGUSON, TANYA RENEE FERGUSON, and TALON RYALS, <br><br> Plaintiffs, <br><br> v. <br><br> SONYA EXPRESS, INC., YAKOV MELNIK, CON-LINK TRANSPORTATION, CORP., STEPHEN KNUDSON, and NATALIA DAVIDENKO <br><br> Defendants. | No. 3:07-cv-00489 <br> JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Knudson's and Defendant Con-Link's motion for summary judgment (Docket Entry No. 29) is **DENIED**. Defendant Knudson's and Defendant Con-Link's motion for a ruling on its motion for summary judgment (Docket Entry No. 48) is **DENIED** as moot. The parties shall submit an agreed order with a date and time for a final pretrial conference and trial.

It is so **ORDERED**.

**ENTERED** this the 22nd day of January, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge