UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TORREY M. BURNETT, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 3:07-0489<br>Magistrate Judge Bryant |
| SONYA EXPRESS, INC., et al., | ) ) | **Jury Demand** |
| Defendants. | ) | |

### **O R D E R**

Counsel for the defendants has advised the Magistrate Judge that this case has been settled. The final pretrial conference scheduled for February 1, 2012, and the jury trial scheduled for February 22, 2012 (Docket Entry No. 85) are **CANCELED**. The parties shall file a stipulation and proposed order of dismissal no later than **Wednesday, February 15, 2012.**

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge