UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TORREY M. BURNETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:07-0489 |
| ) | Magistrate Judge Bryant |
| SONYA EXPRESS, INC., et al., ) | Jury Demand |
| ) | |
| Defendants. ) | |

### **O R D E R**

Counsel for the defendants previously advised the Magistrate Judge that this case had been settled. The Court on February 1, 2012, ordered the parties to file a stipulation and proposed order of dismissal no later than February 15, 2012 (Docket Entry No. 88). Despite this order, the parties have failed to file a stipulation and proposed order of dismissal. The parties are hereby **ORDERED** to show cause on or before **February 29, 2012**, why this case should not be dismissed with prejudice.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge