UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TORREY M. BURNETT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:07-0489 |
| SONYA EXPRESS, INC., et al., | ) Magistrate Judge Bryant |
| | ) Jury Demand |
| Defendants. | ) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Stipulation,

**IT IS ORDERED** that the Plaintiff's and Defendant's request to extend the deadline to file the stipulation of dismissal to March 26, 2012 is **GRANTED**.

Nashville, Tennessee, this 29th day of February, 2012.

_____
JOHN S. BRYANT
United States Magistrate Judge