**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| TORREY M. BURNETT,<br>WENQUICE BURNETT,<br>BRIAN FERGUSON,<br>TANYA RENEE FERGUSON,<br>TALON RYALS,<br><br>    Plaintiffs,<br><br>v.<br><br>SONYA EXPRESS, INC.,<br>YAKOV MELNIK,<br>CON-LINK TRANSPORTATION, CORP.,<br>STEPHEN KNUDSON and<br>NATALIA DAVIDENKO,<br><br>    Defendants. | No.   3:07-cv-0489<br><br>**MAGISTRATE JUDGE BRYANT** |

## STIPULATION AND ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel hereto, that all matters in controversy as to the claims of plaintiffs, Torrey M. Burnett, Wenquice Burnett, Brian Ferguson, Tanya Renee Ferguson, and Talon Ryals, against defendants, Con-Link Transportation Corp. and Stephen Knudson, have been compromised and settled, and that the plaintiffs, Torrey M. Burnett, Wenquice Burnett, Brian Ferguson, Tanya Renee Ferguson, and Talon Ryals' causes of action against defendants, Con-Link Transportation Corp. and Stephen Knudson, should be dismissed, with prejudice. Further, plaintiffs, Torrey M. Burnett, Wenquice Burnett, Brian Ferguson, Tanya Renee Ferguson, and Talon Ryals, shall be responsible for any and all medical subrogation and liens. Lastly, each party shall bear their own discretionary costs allowable under Rule 54

of the Federal Rules of Civil Procedure, and that that the bill of costs prepared by the Clerk shall be paid by the defendants, Con-Link Transportation Corp. and Stephen Knudson;

It is therefore **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. The plaintiffs, Torrey M. Burnett, Wenquice Burnett, Brian Ferguson, Tanya Renee Ferguson, and Talon Ryals' causes of action against defendants, Con-Link Transportation Corp. and Stephen Knudson, are hereby dismissed, with prejudice, with plaintiffs, Torrey M. Burnett, Wenquice Burnett, Brian Ferguson, Tanya Renee Ferguson, and Talon Ryals, to be responsible for any and all medical subrogation and liens.

2. Each party shall bear their own discretionary costs allowable under Rule 54.04 of the Tennessee Rules of Civil Procedure.

3. Taxing of the Clerk's Bill of Costs is reserved pending resolution of the claims still pending between the remaining parties.

**ENTERED** this 9th day of April, 2012.

*s/ John S. Bryant,* U.S. Magistrate Judge
**JUDGE**

APPROVED FOR ENTRY:

*/s/ Glen L. Krause*
**GLEN L. KRAUSE**
Registration No. 12691
Attorney for Con-Link Transportation, Corp.
and Stephen Knudson

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

*/s/ Archie Sanders, III   (with permission)*
**ARCHIE SANDERS, III**
Registration No. 12784
Attorney for Plaintiffs

119 South Main Street, Suite 500
Memphis 38103
Phone:  (901) 383-2006


*/s/ Frank J. D'Amico, Jr.  (with permission)*
**FRANK J. D'AMICO, JR.**
La. Bar Roll #17519
Attorney for Plaintiffs

**THE LAW OFFICE OF FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70133
Phone: 504-525-9561

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2012, a true and correct copy of the foregoing Stipulation and Order of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

Archie Sanders, III, Esquire
119 South Main Street, Suite 500
Memphis 38103
Phone: (901) 383-2006
Facsimile: (901) 234-0022
Registration No. 12784

Frank J. D'Amico, Jr.
The Law Office of Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70133
Phone: 504-525-9561
Fax: 504-525-9522
La. Bar Roll #17519

*s/ Glen L. Krause*
**GLEN L. KRAUSE**
GLK:rkp