UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TORREY M. BURNETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) NO. 3:07-0489 |
| | ) Magistrate Judge Bryant |
| SONYA EXPRESS, INC., et al., | ) **Jury Demand** |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

It appears to the Court from plaintiffs' response to the order to show cause (Docket Entry No. 96) that all issues and controversies in this case have now been compromised and settled.

It is therefore **ORDERED** that the complaint be **DISMISSED** with prejudice. All parties shall bear their own respective discretionary costs.

The Clerk is directed to close this file.

It is so **ORDERED**.

                                                           s/ John S. Bryant
                                                          JOHN S. BRYANT
                                                          United States Magistrate Judge